### SANTA FE PAC. R. CO. v. PAYNE, Secretary of the Interior.

(Court of Appeals of District of Columbia. Submitted May 6, 1920. Decided June 2, 1920.)

#### No. 3341.

Appeal from the Supreme Court of the District of Columbia.

Suit by the Santa Fé Pacific Railroad Company against Franklin K. Lane, Secretary of the Interior, and continued against John Barton Payne, his successor in office. Decree for defendant, and plaintiff appeals. Affirmed.

Alexander Britton and F. W. Clements, both of Washington, D. C., for appellant.

C. E. Wright and C. D. Mahaffie, both of Washington, D. C., for appellee.

ROBB, Associate Justice. The facts in this case do not differ materially from those in the preceding case, No. 3340, between the same parties. 50 App. D. C. ——, 267 Fed. 653. Our decision here, therefore, must be the same as in that case, and accordingly the decree appealed from is affirmed, with costs.

Affirmed.